United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00293 |
| | § | |
| THE CITY OF ARANSAS PASS, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant removed this case from state court on October 2, 2026. The notice of removal lists the Plaintiff's address as 1701 6th Street. (D.E. 1, Page 3). However, Plaintiff's Original Petition lists Plaintiff's address as 1701 16th Street. (D.E. 1-6, Page 4). The Court assumes Plaintiff lists his own address correctly and therefore has updated the docket accordingly. It is unclear whether Plaintiff was properly served Defendant's Notice of Removal documents. Therefore, Defendant is **ORDERED** to serve Plaintiff with all documents served to the incorrect address and to update its file accordingly.

Additionally, the initial pretrial and scheduling conference is reset to **November 18, 2026 at 11:30 a.m.** before the undersigned. The parties may appear via Zoom.

ORDERED on October 9, 2026.

Jason B. Libby
United States Magistrate Judge